UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Leonard Pegues, | Case No. 21-cv-0707 (WMW/DTS) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Monarch Recovery Management, Inc.; and John Does 1–25, | |
| Defendants. | |

---

Based upon the joint stipulation of dismissal, (Dkt. 40), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  May 17, 2022

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge