# UNITED STATES DISTRICT COURT
## District of Minnesota

Leonard Pegues,

            Plaintiff,

v.

Monarch Recovery Management, Inc.,
John Does,

            Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 21-cv-0707 WMW/DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

    the above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

Date: 5/18/2022

KATE M. FOGARTY, CLERK